# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALI OUALI and MARGARET OUALI, h/w | : |
| | : Civil Action No. 2:24-cv-01725-MRP |
| Plaintiffs | : |
| | : |
| v. | : |
| | : |
| AMERICAN STATES INSURANCE COMPANY | : |
| Defendant | : |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is hereby STIPULATED AND AGREED between counsel for Plaintiffs and counsel for Defendant that the above entitled action is hereby dismissed with prejudice.

**MURRAY L. GREENFIELD & ASSOCIATES**

Date: 6/20/2024

*/s/ Michael F. McCartin*
Murray L. Greenfield, Esq.
Michael F. McCartin, Esq.
*Attorneys for Plaintiffs*

**MARSHALL DENNEHEY, P.C.**

Date: 6/20/2024

Allison L. Krupp, Esquire
Christopher W. Woodward, Esquire
*Attorneys for Defendant American States Ins. Co.*

## CERTIFICATE OF SERVICE

I, Allison L. Krupp, Esquire, do hereby certify that a true and correct copy of the foregoing was served upon the following via Electronic Filing System on the date specified below:

Murray L. Greenfield, Esquire
Michael F. McCartin, Esquire
Murray L. Greenfield & Associates
9636 Bustleton Avenue
Philadelphia, PA  19115
murraygreenfield@verizon.net
*Attorney for Plaintiffs*

 

**MARSHALL DENNEHEY, P.C.**

Date: 6/20/2024

_____
Allison L. Krupp, Esquire
*Attorneys for Defendant American States Ins. Co.*